**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 97-20277**
**Summary Calendar**
_____


**FEDERAL DEPOSIT INSURANCE CORPORATION,**

                                               **Plaintiff-Appellee,**


**VERSUS**


**FOREMOST HOLDINGS INCORPORATED; CYNTHIA JEAN DAVIS,**

                                                       **Defendants,**

        **FOREMOST HOLDINGS INCORPORATED,**

                                          **Defendant-Appellant.**



_____

Appeal from the United States District Court
For the Southern District of Texas

(H-96-CV-1330)
_____
December 18, 1997


Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]


        The Federal Deposit Insurance Corp. as receiver for University

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

National Bank, College Station, Texas ("FDIC") sued Foremost Holdings Inc. ("Foremost") in the United States District Court for the Southern District of Texas to quiet title to and secure possession of a tract of land in Brazos County, Texas. Foremost counterclaimed for title and possession of the land. The controversy was submitted to the district court on cross-motions for summary judgment and the district court ruled in favor of the FDIC.

We have carefully reviewed the briefs, the reply brief, the record excerpts and relevant portions of the record itself. We find no reversible error in the district court's decision and, accordingly, the Final Judgment entered herein under date of February 26, 1997, is

**AFFIRMED.**